IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH ROSS,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,

        Defendant.

Case No. 18-cv-430-bbc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Kenneth Ross reversing the decision of Nancy A. Berryhill, Deputy Commissioner for Operations and remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

s/ K. Frederickson, Deputy Clerk
Peter Oppeneer, Clerk of Court

5/09/2019
Date